UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

June Hansen
                       Plaintiff,

v.                                                 Case No.: 1:11–cv–05613
                                                      Honorable Robert M. Dow Jr.

Aegis Receivables Management, Inc.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing date of 11/14/2011 is stricken and Status hearing reset for 11/21/2011 at 09:00 AM. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.