# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| June Hansen<br><br>　　　Plaintiff,<br><br>v.<br><br>Aegis Receivables Management, Inc., an Aegis Communications Company,<br><br>　　　Defendant. | Case No. 1:11-cv-5613<br><br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　Macey Bankruptcy Law, P.C.

　　　　　　　　　　　　　　　　By:　　/s/ Jeffrey S. Hyslip__
　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　233 S. Wacker Drive
　　　　　　　　　　　　　　　　　　Suite 5150
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Telephone: 1.866.339.1156
　　　　　　　　　　　　　　　　　　jhyslip@maceybankruptcylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2011, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on November 16, 2011, addressed as follows:

Aegis Receivables Management, Inc.
Compliance Department
8201 Ridgepoint Dr.
Irving, TX 75063

/s/ Jeffrey Hyslip