# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

June Hansen

                                  Plaintiff,

v.                                                      Case No.: 1:11–cv–05613

                                                            Honorable Robert M. Dow Jr.

Aegis Receivables Management, Inc.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 4l(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice. Status hearing date of 11/21/2011 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.